JEAN SIMS *v.* COLUMBUS MACKEY SIMS.

No. 2250.

SUBMITTED JUNE 4, 1937.                    DECIDED JULY 7, 1937.

COKE, C. J., BANKS AND PETERS, JJ.

*Per Curiam.* Motion of appellant Jean Sims, filed
herein on October 6, 1936, praying for an order requiring

the appellee to pay certain alleged delinquent installments of alimony, is hereby denied without prejudice to the right of appellee to renew the same in the circuit court where the cause will go on remand pursuant to the opinion of this court rendered herein on June 28, 1937.

*M. K. Ashford* for appellant.